■ In the Matter of THOMAS A. BRUNO, JR., an Attorney.—Application for reinstatement held in abeyance until Chairman of Departmental Disciplinary Committee reports to this court that petitioner has taken and attained passing score on Multistate Professional Responsibility Examination, and until the further order of this court. Concur—Kupferman, J. P., Ross, Carro, Fein and Milonas, JJ.